UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:25-cr-00211-FLA                              Date: December 9, 2025

Present: The Honorable: FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| Twyla Freeman | Terri Hourigan | Jena A. MacCabe / Kevin J. Butler |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1-Eugene Henley, Jr. - not present | | X | | 1-Craig Harbaugh, CJA | X | X | |
| | | | | 1-Peter Johnson, CJA | X | X | |
| 2-Sylvester Robinson - not present | | | X | 2-Scott A. Pactor, CJA | X | X | |
| 3-Mark Martin | X | | X | 3-Kristen N. Richards, CJA | X | X | |
| 4-Termaine Asley Williams - not present | | X | | 4-Michael M. Levin, Retd | X | | X |
| 5-Armani Aflleje - not present | | | X | 5-John D. Robertson, CJA | X | X | |
| 6-Fredrick Blanton, Jr. | X | | X | 6-Carlos L. Juarez, CJA | X | X | |
| 7-Tiffany Shanrika Hines | X | | X | 7-Kenneth A. Reed, CJA | X | X | |

**PROCEEDINGS:** STATUS CONFERENCE (HELD/COMPLETED)

The matter is called for hearing.

The court orders counsel to file a Waiver of Appearance for their respective clients within 10 days.

The status conference is continued to **January 6, 2026, at 1:30 p.m.**

Counsel for defendants Sylvester Robinson, and Mark Martin notify the court that a request for trial continuance is forthcoming. The court sets a hearing on the anticipated request to continue trial for January 6, 2026, at 1:30 p.m. Any written response to the request to continue trial shall be filed by no later than December 22, 2025.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

CC: PSA, USM

                                                                                                                00: 43

**Initials of Deputy Clerk**  tf